UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/09
```

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

    v.

RYAN ASHLEY BRANT,

               Defendant.

07 Civ. 1075 (DLC)

## [PROPOSED] ORDER ADJOURNING THE BRIEFING SCHEDULE

Having considered the letter request submitted by the Securities and Exchange Commission ("Commission"), this Court hereby GRANTS the SEC's request for an adjournment of the briefing schedule for its motion for payment to the United States Treasury.

Now therefore:

**IT IS HEREBY ORDERED THAT** any papers in opposition to the SEC's motion shall be filed and served on or before August 31, 2009. The SEC shall file and serve any reply papers in support of its motion on or before September 9, 2009.

Dated:

                                                                      HON. DENISE L. COTE
                                                                    UNITED STATES DISTRICT JUDGE