UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/09
```

SECURITIES AND EXCHANGE COMMISSION,

                      Plaintiff,

                v.

RYAN ASHLEY BRANT,

                      Defendant.

07 Civ. 1075 (DLC)

## WITHDRAWAL OF THE SEC'S MOTION FOR PAYMENT TO THE UNITED STATES TREASURY

The Securities and Exchange Commission hereby withdraws its August 3, 2009 Motion for Payment to the United States Treasury. This withdrawal of the motion pertains to and renders moot Docket No. 14. The SEC is withdrawing its motion because it has decided to distribute the disgorgement, prejudgment and civil penalty paid by defendant Ryan Brant to shareholders in Take-Two Interactive, Inc., in a joint distribution with the shareholder class in *In re Take-Two Interactive Securities Litigation*, 06-cv-803-SWK (S.D.N.Y.). We intend to submit to this Court a plan of distribution upon the district court's approval of a settlement agreement in *In re Take-Two*.

Dated: Washington, D.C.
October 20, 2009

*The motion is denied as moot.*

*[signature]*
*Oct. 21, 2009*

Respectfully submitted,

/s/ *Richard E. Simpson*
Richard E. Simpson (RS-5859)
Mark A. Adler
Christopher R. Conte
Ivonia K. Slade
Counsel for Plaintiff
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-4010
Phone: (202) 551-4492 (Simpson)
Fax:    (202) 772-9246